UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL L SANDERS,<br><br>                       Plaintiff,<br><br>          v.<br><br>JEFFERY BARRER, NEIL ANDERSON, CHRIS LAHON.<br><br>                       Defendant. | CASE NO. C14-5877 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is dismissed with prejudice for failure to state a claim. Plaintiff may not sue his defense counsel in a civil rights action because counsel does not act under color of state law.

3)      In forma pauperis status is revoked for purpose of appeal.

DATED this 22nd day of December, 2014.

                                                           *[signature]*
                                                           RONALD B. LEIGHTON
                                                           UNITED STATES DISTRICT JUDGE

ORDER - 1